**Order entered May 17, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00962-CV**

### IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01219**

### ORDER

As ordered by this Court, the trial court has made a finding that the bill of review hearing held on September 22, 2020 was not recorded. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief on the merits is due **June 16, 2021**.

/s/    CORY L. CARLYLE
        JUSTICE